ACCEPTED
14-14-00306-CR
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/31/2015 6:56:15 PM
CHRISTOPHER PRIN
CLERK

# Nos. 14-14-00306-CR, 14-14-00307-CR, 14-14-00308-CR, 14-14-00309-CR, & 14-14-00310-CR

In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

3/31/2015 6:56:15 PM

CHRISTOPHER A. PRINE
Clerk

————◆————

## Nos. 1909495, 1909496, 1909497, 1909498, & 1909499
In County Criminal Court at Law Number Six
Of Harris County, Texas

————◆————

**ERIC L. BAUMGART**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

————◆————

STATE'S THIRD MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE APPELLATE BRIEF

————◆————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to **TEX. R. APP. P.** 10.1, 10.5(b) and 38.6(d), moves for an extension of time within which to file its appellate brief. In support of its motion, the State submits the following:

1.    Appellant was convicted of five counts for the offense of violating the Private Security Act and sentenced to two years of community supervision.

2.    Appellant filed written notice of appeal on March 13, 2014.

3.    Appellant filed his brief on December 1, 2014.

4.    The State's reply brief is due on March 31, 2015.

5.    The State seeks an extension until April 30, 2015, to file its brief.

6.    This is the State's third request for an extension in this case. The State's first extension was sought on account of the State not having timely received a copy of appellant's brief.

7.    The following facts are relied upon to show good cause for the requested extension:

My completion of this brief has been delayed by my completion of three other appellate briefs over the past five weeks, as well as by my preparation for and presentation of an oral argument before this Court. I also have four other appellate briefs due in the coming month. Additionally, I missed several days of work over the past month due to my spouse's recent surgery.

I am currently working on the brief for this case and intend to continue to work on it until it is completed, to the exclusion of all other cases assigned to me.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/ Dan McCrory
**DAN MCCRORY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1901
(713) 755-5826
TBC No. 13489950
Mccrory_daniel@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the following email address via TexFile:

Renato Santos, Jr.
Attorney at Law
Renato.santos3@att.net

/s/ Dan McCrory
**DAN MCCRORY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1901
(713) 755-5826
TBC No. 13489950

Date:  March 31, 2015